DOUGLAS J. KLINE (*pro hac vice*)
dkline@goodwinlaw.com
ROBERT FREDERICKSON III (*pro hac vice*)
rfrederickson@goodwinlaw.com
**GOODWIN PROCTER LLP**
100 Northern Avenue
Boston, Massachusetts 02210
Telephone: 617.570.1000
Facsimile: 617.523.1231

BRETT M. SCHUMAN (SBN 189247)
bschuman@goodwinlaw.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Telephone: 415.733.6000
Facsimile: 415.677.9041

*Attorneys for Defendant*
EVERNOTE CORPORATION

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TALSK RESEARCH INC.<br><br>    Plaintiff,<br><br>v.<br><br>EVERNOTE CORP.,<br><br>    Defendant. | Case No.: 3:17-cv-5576-JST<br><br>**STIPULATION AND [PROPOSED] ORDER STAYING CASE AND ALL DEADLINES PENDING *INTER PARTES* REVIEW**<br><br>Judge:     Honorable Jon S. Tigar |

WHEREAS, on March 24, 2017, Defendant Evernote Corp. ("Evernote") filed a petition for *inter partes* review of U.S. Patent No. 7,178,097 ("the '097 patent"), which is the only patent at issue in this infringement case brought against Evernote by Plaintiff Talsk Research, Inc. ("Talsk");

1  WHEREAS, on September 8, 2017, the Patent Trial and Appeals Board ("PTAB") granted Evernote's petition and issued a decision instituting an IPR against all 28 claims of the '097 patent;

WHEREAS, the pleadings in the above-captioned matter have only recently closed, when Evernote filed its Answer on September 26, 2017;

WHEREAS, the pending IPR regarding the '097 patent is likely to simplify the issues in question in this case; and

WHEREAS neither party contends that it would be prejudiced by a stay of this case pending resolution of the '097 patent IPR;

IT IS HEREBY STIPULATED AND AGREED THAT:

The above-captioned case and all deadlines therein shall be stayed in its entirety pending final, non-appealable resolution of the IPR of the '097 patent.

**IT IS SO STIPULATED.**

Dated:   October 23, 2017          Goodwin Procter LLP,

By:   /s/ Brett M.  Schuman
DOUGLAS J. KLINE (pro hac vice)
*dkline@goodwinlaw.com*
ROBERT FREDERICKSON III (pro hac vice)
*rfrederickson@goodwinlaw.com*
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, Massachusetts 02210
Telephone: 617.570.1000
Facsimile: 617.523.1231

BRETT M. SCHUMAN
*bschuman@goodwinlaw.com*
GOODWIN PROCTER LLP
Three Embarcadero Center
San Francisco, California 94111
Telephone: 415.733.6000
Facsimile: 415.677.9041

*Attorneys for Defendant*
*EVERNOTE CORPORATION*

| | |
|---|---|
| 1    Dated: October 23, 2017 | Spence PC, |
| 2 | By: /s/ Lewis E. Hudnell III |

                                    Lewis E. Hudnell, III (SBN 218736)
                                    Hudnell Law Group P.C.
                                    800 W. El Camino Real Suite 180
                                    Mountain View, California 94040
                                    T: 650.564.7720
                                    F: 347.772.3034
                                    E: lewis@hudnelllaw.com
                                    Attorneys for Plaintiff
                                    TALSK RESEARCH, INC.

                                    WILLIAM CORY SPENCE
                                    *docketing@spencepc.com*
                                    MATTHEW A. WERBER
                                    *matt.werber@spencepc.com*
                                    SPENCE PC
                                    405 N. Wabash Avenue Suite P2e
                                    Chicago, IL 60611
                                    Telephone: 312.404.8882
                                    Facsimile: 312.635.2299

**IT IS SO ORDERED**

Dated: October 23, 2017

HONORABLE JON S. TIGAR
United States District Court Judge