1   LEWIS E. HUDNELL, III (Bar No. 218736)    DOUGLAS J. KLINE (*pro hac vice*)
    **HUDNELL LAW GROUP P.C.**                *dkline@goodwinlaw.com*
2   800 W. El Camino Real Suite 180           ROBERT FREDERICKSON III (*pro hac vice*)
    Mountain View, California 94040           *rfrederickson@goodwinlaw.com*
3   Telephone: 650.564.7720                   **GOODWIN PROCTER LLP**
    Facsimile: 347.772.3034                   100 Northern Avenue
4   Email: lewis@hudnelllaw.com               Boston, Massachusetts 02210
                                              Telephone:  617.570.1000
5                                             Facsimile:  617.523.1231
    WILLIAM CORY SPENCE
6   docketing@spencepc.com                    BRETT M. SCHUMAN (SBN 189247)
    MATTHEW A. WERBER                         *bschuman@goodwinlaw.com*
7   matt.werber@spencepc.com                  **GOODWIN PROCTER LLP**
    **SPENCE PC**                             Three Embarcadero Center, 24th Floor
8   405 N. Wabash Avenue Suite P2e            San Francisco, California 94111
    Chicago, IL  60611                        Telephone:  415.733.6000
9   Telephone:  312.404.8882                  Facsimile:  415.677.9041
    Facsimile:  312.635.2299
10                                            Attorneys for Defendant,
                                              EVERNOTE CORPORATION
11  Attorneys for Plaintiff,
    TALSK RESEARCH INC.

12

13              IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF CALIFORNIA

14  TALSK RESEARCH INC.,              )    Case No.  3:17-cv-5576-JST
                                      )
15              Plaintiff,            )
                                      )    **STIPULATION OF DISMISSAL AND**
16  vs.                               )    ~~**PROPOSED**~~ **ORDER**
                                      )
17  EVERNOTE CORPORATION,             )
                                      )
18              Defendant.            )
                                      )
19                                    )
                                      )
20  _____  )

21

22       Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Talsk Research Inc.

23  ("Talsk") and Defendant Evernote Corporation hereby stipulate and agree subject to and upon

24  the Court's approval that: (i) all of Talsk's claims in the action against Evernote Corporation

25  shall be dismissed with prejudice and (ii) each party shall bear its own costs, expenses and

26  attorneys' fees.

27       IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

28

Dated: January 5, 2018

Respectfully submitted,

/s/ Lewis E. Hudnell, III
LEWIS E. HUDNELL, III (Bar No. 218736)
**HUDNELL LAW GROUP P.C.**
800 W. El Camino Real Suite 180
Mountain View, California 94040
Telephone: 650.564.7720
Facsimile: 347.772.3034
Email: lewis@hudnelllaw.com

WILLIAM CORY SPENCE
docketing@spencepc.com
MATTHEW A. WERBER
matt.werber@spencepc.com
**SPENCE PC**
405 N. Wabash Avenue Suite P2e
Chicago, IL 60611
Telephone: 312.404.8882
Facsimile: 312.635.2299

Attorney for
TALSK RESEARCH INC.

Dated: January 5, 2018

*/s/ Robert Frederickson III (with permission)*
DOUGLAS J. KLINE (*pro hac vice*)
*dkline@goodwinlaw.com*
ROBERT FREDERICKSON III (*pro hac vice*)
*rfrederickson@goodwinlaw.com*
**GOODWIN PROCTER LLP**
100 Northern Avenue
Boston, Massachusetts 02210
Telephone: 617.570.1000
Facsimile: 617.523.1231

BRETT M. SCHUMAN (SBN 189247)
*bschuman@goodwinlaw.com*
**GOODWIN PROCTER llp**
Three Embarcadero Center, 24th Floor
San Francisco, California 94111
Telephone: 415.733.6000
Facsimile: 415.677.9041

# [PROPOSED] ORDER

PURSUANT TO STIPULATION of the parties, IT IS HEREBY ORDERED that this action is dismissed with prejudice. All costs and fees shall be borne by the party that incurred them.

IT IS SO ORDERED.

Dated: ___January 8, 2018___

_____

Hon. Jon S. Tigar
United States District Court Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ATTESTATION OF FILER**

Pursuant to L.R. 5-1(i)(3), I hereby attest that I obtained concurrence in this filing from each signatory whose ECF User ID and Password is not utilized in the electronic filing of this document, and will maintain records to support this concurrence.

*/s/ Lewis E. Hudnell, III*
Lewis E. Hudnell, III